UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARIN GAVIN BEST,

    Petitioner,

    v.

SAN JOAQUIN COUNTY SUPERIOR COURT,

    Respondent.

No. 2:20-cv-01896-TLN-CKD

**ORDER**

Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2021, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by

the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 19, 2021, are ADOPTED IN FULL;

2. Petitioner's application for a writ of habeas corpus is summarily DISMISSED without prejudice.

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

4. The Clerk of Court is directed to close the case.

DATED: April 13, 2021

Troy L. Nunley
United States District Judge